UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-62949-BLOOM/Valle

JANET HOYT,

    Plaintiff,

v.

786 ZULEKHA, INC.,
*doing business as* Subway,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Stipulation for Approval and Entry of Consent Decree Between Plaintiff and Defendant and Dismissal of Case with Prejudice, ECF No. [11], filed on January 13, 2017, which indicates that the parties have reached a settlement of the claims asserted in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [11]**, is **APPROVED**.

2. The above-styled action is **DISMISSED WITH PREJUDICE**.

3. The Court shall retain jurisdiction for the sole purpose of enforcing the terms of the Consent Decree.

4. All pending deadlines are **TERMINATED**.

5. The Clerk of Court shall **CLOSE** this case.

Case No. 16-cv-62949-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida, this 13th day of January, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record